# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-431-207

Effective Date of Registration: AUG 16 2010

Application Received: AUG 16 2010
Deposit Received: AUG 16 2010   One   Two
Fee Received

Examined By: WRB
Correspondence

---

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

**1. Title of This Work:** Battino Portraits 1-24

**2. Name and Address of Author and Owner of the Copyright:**
Rebecca Battino
989 Clark Pl.
Woodmere, NY 11593
Phone: (516) 941-5073
Email: REBATTINO@GMAIL.COM

**3. Year of Creation:** 2008

**4. If work has been published, Date and Nation of Publication:**
a. Date: September 15, 2008
b. Nation: United States

**5. Type of Authorship in This Work:**
- [ ] 3-Dimensional sculpture
- [ ] 2-Dimensional artwork
- [ ] Technical drawing
- [x] Photograph
- [ ] Jewelry design
- [ ] Map
- [ ] Text

**6. Signature:**
I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
- [ ] Author
- [x] Authorized agent

**7. Name and Address of Person to Contact for Rights and Permissions:**
DAVID ATLAS
Hernstadt Atlas LLP
11 Broadway, #615, NY, NY 10004
Phone: (212) 809-2502   Fax: (212) 214-0307
Email: DAVID@HEATLAW.COM

**8. Certificate will be mailed in window envelope to this address:**
DAVID ATLAS, Hernstadt Atlas LLP
11 Broadway, Suite 615
New York, NY 10004

**9. Deposit account #:**

Page 1 of 5 pages

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Short Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-431-207

Effective Date of Registration
AUG 16 2010

Application Received
AUG 16 2010

Deposit Received
AUG 16 2010   Two

Fee Received

Examined By: WB
Correspondence:

---

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

**1. Title of This Work:** Battino Portraits 1-24

**2. Name and Address of Author and Owner of the Copyright:**
Rebecca Battino
989 Clark Pl.
WOODMERE, NY 11593
Phone: (516) 941-5073   Fax:
Email: REBATTINO@GMAIL.COM

**3. Year of Creation:** 2008

**4. If work has been published, Date and Nation of Publication:**
a. Date: September 15, 2008
b. Nation: United States

**5. Type of Authorship in This Work:**
☐ 3-Dimensional sculpture   ☒ Photograph   ☐ Map
☐ 2-Dimensional artwork   ☐ Jewelry design   ☐ Text
☐ Technical drawing

**6. Signature:**
☐ Author   ☒ Authorized agent
[signature]

**7. Name and Address of Person to Contact for Rights and Permissions:**
DAVID ATLAS
Hernstadt Atlas LLP
11 Broadway #615, NY, NY 10004
Phone: (212) 809-2502   Fax: (212) 214-0307
Email: DAVID@HEATLAW.COM

**8. Certificate will be mailed in window envelope to this address:**
Name: DAVID ATLAS, Hernstadt Atlas LLP
Number/Street/Apt: 11 Broadway, Suite 615
City/State/Zip: New York, NY 10004

**9. Deposit account #:**
Name:

Page 1 of 5 pages

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | Battino 6 |
| | Date of First Publication | September 15 2008 |
| | Nation of First Publication | United States |
| | Description of Photograph (Optional) | |

| | Title of Photograph | Battino 7 |
|---|---|---|
| | Date of First Publication | September 15 2008 |
| | Nation of First Publication | United States |
| | Description of Photograph (Optional) | |

| | Title of Photograph | Battino 8 |
|---|---|---|
| | Date of First Publication | September 15 2008 |
| | Nation of First Publication | United States |
| | Description of Photograph (Optional) | |

| | Title of Photograph | Battino 9 |
|---|---|---|
| | Date of First Publication | September 15 2008 |
| | Nation of First Publication | United States |
| | Description of Photograph (Optional) | |

| | Title of Photograph | Battino 10 |
|---|---|---|
| | Date of First Publication | September 15 2008 |
| | Nation of First Publication | United States |
| | Description of Photograph (Optional) | |

| | Title of Photograph | Battino 11 |
|---|---|---|
| | Date of First Publication | September 15 2008 |
| | Nation of First Publication | United States |
| | Description of Photograph (Optional) | |

| | Title of Photograph | Battino 12 |
|---|---|---|
| | Date of First Publication | September 15 2008 |
| | Nation of First Publication | United States |
| | Description of Photograph (Optional) | |

| | Title of Photograph | Battino 13 |
|---|---|---|
| | Date of First Publication | September 15 2008 |
| | Nation of First Publication | United States |
| | Description of Photograph (Optional) | |

| | Title of Photograph | Battino 14 |
|---|---|---|
| | Date of First Publication | September 15 2008 |
| | Nation of First Publication | United States |
| | Description of Photograph (Optional) | |

| | Title of Photograph | Battino 15 |
|---|---|---|
| | Date of First Publication | September 15 2008 |
| | Nation of First Publication | United States |
| | Description of Photograph (Optional) | |

**C** Certificate will be mailed in window envelope to this address:

Name ▼ DAVID ATLAS, Atlas Hernstadt LLP
Number / Street / Apt ▼ 11 Broadway, Suite 615
City / State / Zip ▼ NEW YORK, NY 10004

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-431-207



EFFECTIVE DATE OF REGISTRATION

AUG 1 6 2010

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

AUG 1 6 2010

Page __4__ of __5__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A** Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author __Rebecca Battino__

Name of Copyright Claimant __Rebecca Battino__

**B** Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph __Battino 16__
Date of First Publication __September__ __15__ __2008__ Nation of First Publication __United States__
Description of Photograph _____

Title of Photograph __Battino 17__
Date of First Publication __September__ __15__ __2008__ Nation of First Publication __United States__
Description of Photograph _____

Title of Photograph __Battino 18__
Date of First Publication __September__ __15__ __2008__ Nation of First Publication __United States__
Description of Photograph _____

Title of Photograph __Battino 19__
Date of First Publication __September__ __15__ __2008__ Nation of First Publication __United States__
Description of Photograph _____

Title of Photograph __Battino 20__
Date of First Publication __September__ __15__ __2008__ Nation of First Publication __United States__
Description of Photograph _____

| | |
|---|---|
| Number | Title of Photograph: Battino 21<br>Date of First Publication: September 15 2008   Nation of First Publication: United States<br>Description of Photograph: |
| Number | Title of Photograph: Battino 22<br>Date of First Publication: September 15 2008   Nation of First Publication: United States<br>Description of Photograph: |
| Number | Title of Photograph: Battino 23<br>Date of First Publication: September 15 2008   Nation of First Publication: United States<br>Description of Photograph: |
| Number | Title of Photograph: Battino 24<br>Date of First Publication: September 15 2008   Nation of First Publication: United States<br>Description of Photograph: |
| Number | Title of Photograph:<br>Date of First Publication:       Nation of First Publication:<br>Description of Photograph: |
| Number | Title of Photograph:<br>Date of First Publication:       Nation of First Publication:<br>Description of Photograph: |
| Number | Title of Photograph:<br>Date of First Publication:       Nation of First Publication:<br>Description of Photograph: |
| Number | Title of Photograph:<br>Date of First Publication:       Nation of First Publication:<br>Description of Photograph: |
| Number | Title of Photograph:<br>Date of First Publication:       Nation of First Publication:<br>Description of Photograph: |
| Number | Title of Photograph:<br>Date of First Publication:       Nation of First Publication:<br>Description of Photograph: |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼ DAVID ATLAS, Hemstadt Atlas LLP
Number / Street / Apt ▼ 11 Broadway, Suite 615
City / State / Zip ▼ NEW YORK, NY 10004

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

FORM CR/PPH/CON   REV 07/2006   PRINT: 07/2006—XX,000   Printed on recycled paper                     U.S. Government Printing Office: 2006—